U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 30 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CLARENCE SAMUELS | CIVIL ACTION NO. 11-cv-0201 |
| VERSUS | JUDGE FOOTE |
| JAMES ARNOLD, ET AL | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Judgment Independent of the Motion (Doc. 71) is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 30d day of MAY, 2013.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE