RECEIVED

APR - 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CLARENCE SAMUELS | CIVIL ACTION NO. 11-cv-0201 |
| VERSUS | JUDGE FOOTE |
| JAMES ARNOLD, ET AL | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Arnold and Huff's Motion for Summary Judgment (Doc. 103) and Plaintiff's Cross-Motion for Summary Judgment (Doc. 105) is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 1st day of April, 2014.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE